IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEILA MCCOY, Individually and as next friend for: MINOR CHILDREN: EC-15, CC-10, LC-8, JCM-6, GENERAL DELIVERY, NORTH PLATTE, NE 69101;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPT. OF HEALTH AND HUMAN SERVICES LICENSING UNIT, THE CONNECTION HOMELESS SHELTER INC., JD AMANDA SPEICHERT, in her individual and professional capacity; ASHLEY LEWIS, in her individual and professional capacity; MICHAEL STAGGS, in his individual and professional capacity; JESS SCHNEIDER, President Board of Directors/President Executive Committee The Connection Homeless Shelter Inc., In his individual and professional capacity; EVERY MEMBER OF THE EXECUTIVE COMMITTEE AND BOARD OF DIRECTORS OF THE CONNECTION HOMELESS SHELTER INC., in their individual and professional capacity; NORTH PLATTE POLICE DEPARTMENT, J. HAGAN, Officer, Badge 66; and UNIDENTIFIED OFFICER 2,<br><br>Defendants. | 8:18CV570<br><br><br><br>**MEMORANDUM AND ORDER** |

Plaintiff Leila McCoy, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 13th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge