IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEILA MCCOY, Individually and as next friend for: MINOR CHILDREN: EC-15, CC-10, LC-8, JCM-6, GENERAL DELIVERY, NORTH PLATTE, NE 69101;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPT. OF HEALTH AND HUMAN SERVICES LICENSING UNIT, THE CONNECTION HOMELESS SHELTER INC., JD AMANDA SPEICHERT, in her individual and professional capacity; ASHLEY LEWIS, in her individual and professional capacity; MICHAEL STAGGS, in his individual and professional capacity; JESS SCHNEIDER, President Board of Directors/President Executive Committee The Connection Homeless Shelter Inc., In his individual and professional capacity; EVERY MEMBER OF THE EXECUTIVE COMMITTEE AND BOARD OF DIRECTORS OF THE CONNECTION HOMELESS SHELTER INC., in their individual and professional capacity; NORTH PLATTE POLICE DEPARTMENT, J. HAGAN, Officer, Badge 66; and UNIDENTIFIED OFFICER 2,<br><br>Defendants. | 8:18CV570<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. In another case filed by Plaintiff Leila McCoy in this court, Case No. 8:18CV483, the clerk of the court sent an order to Plaintiff on June 13, 2019, at her address on file in that case, and it was returned to this court as undeliverable on October 23, 2019. (*See* [Filing No. 9](), Case No. 8:18CV483.) At the court's direction, the order was resent to Plaintiff at the address on file in the present case. However, the order was once again returned as undeliverable on December 5, 2019. (*See* [Filing No. 10](), Case No. 8:18CV483.) Plaintiff has an obligation to keep the court informed of her current address at all times. *See* NEGenR [1.3]()(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **January 6, 2020**: check for address.

Dated this 6th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge