IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEILA MCCOY, Individually and as next friend for: MINOR CHILDREN: EC-15, CC-10, LC-8, JCM-6, GENERAL DELIVERY, NORTH PLATTE, NE 69101;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPT. OF HEALTH AND HUMAN SERVICES LICENSING UNIT, THE CONNECTION HOMELESS SHELTER INC., JD AMANDA SPEICHERT, in her individual and professional capacity; ASHLEY LEWIS, in her individual and professional capacity; MICHAEL STAGGS, in his individual and professional capacity; JESS SCHNEIDER, President Board of Directors/President Executive Committee The Connection Homeless Shelter Inc., In his individual and professional capacity; EVERY MEMBER OF THE EXECUTIVE COMMITTEE AND BOARD OF DIRECTORS OF THE CONNECTION HOMELESS SHELTER INC., in their individual and professional capacity; NORTH PLATTE POLICE DEPARTMENT, J. HAGAN, Officer, Badge 66; and UNIDENTIFIED OFFICER 2,<br><br>Defendants. | 8:18CV570<br><br><br>**MEMORANDUM AND ORDER** |

On December 6, 2019, the court ordered Plaintiff to update her address with the court within 30 days or face dismissal of this action. ([Filing No. 6](#).) To date, Plaintiff has not updated her address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 13th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge
